*E-FILED: May 16, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GARNER BECKETT, | No. C11-00246 HRL |
| Plaintiff, | **INTERIM ORDER RE DEFENDANT'S MOTION FOR ATTORNEY'S FEES AND COSTS** |
| v. | |
| MACYSDSNB and DOES 1-5, | |
| Defendants. | |

    Plaintiff Garner Beckett previously moved to dismiss his sole claim for relief under the federal Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1681s-2(b). Defendant Macy's Credit and Customer Services, Inc. (Macy's)[1] opposed that motion. The main point of contention was whether the FCRA claim should be dismissed with prejudice or whether dismissal should be without prejudice to plaintiff to pursue a state court action. The court found that Macy's would not be prejudiced by dismissal without prejudice as requested by plaintiff. Nevertheless, the court granted Macy's request to condition such dismissal on payment of Macy's reasonable fees and costs incurred (with certain limitations on the fees and costs that could be recovered). (Dkt. 52, February 14, 2012 Order).

    The matter is now before the court on defendant's motion for attorney's fees and costs. In his opposition to that motion, plaintiff indicates that he might not pursue a state court action after all—a sentiment that suggests to this court that he may now be willing to agree to a

---

[1] Defendant says that it erroneously was sued as "MACYSDSNB."

dismissal *with* prejudice. The only reason the fees/costs issue is on the table is because plaintiff wanted to dismiss his FCRA claim *without* prejudice to pursue a state court lawsuit. Accordingly, the court directs plaintiff to clarify his intentions: Does he wish to dismiss this action with or without prejudice? Plaintiff shall file a response within 10 days from the date of this order.

Meanwhile, the May 29, 2012 motion hearing is vacated, and Mr. Christman's request to appear at that hearing by phone is denied as moot. After review of plaintiff's response to this order, the court may issue further orders or re-set the hearing, as may be appropriate, with respect to defendant's pending fees/costs motion.

SO ORDERED.

Dated: May 16, 2012

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

2

5:11-cv-00246-HRL Notice has been electronically mailed to:

Michael Corey Christman     michael.christman@macys.com

Perry James Woodward     pwoodward@terra-law.com

Sasha Lankarani     SLankarani@lkclaw.com, basano@lkclaw.com, thines@lkclaw.com

Susan Tayeko Kumagai     skumagai@lkclaw.com, basano@lkclaw.com, CGalloway@lkclaw.com, tngo@lkclaw.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

3